### 4509.   JACKSON *v.* THE STATE.

RUSSELL, J.  On the trial of one accused of the sale of intoxicating liquor, evidence that there had been found on his premises, about a year before this sale was alleged to have taken place, about two and a half pints of whisky, several old bottles which had previously contained whisky, two large cartons which had been opened, and about fifteen old bottles in a loft, was irrelevant; yet the error in the admission of such testimony will not require the grant of a new trial, there being positive evidence authorizing a finding that the sale, as alleged in the indictment, had taken place.     *Judgment affirmed*
DECIDED MARCH 18, 1913.

Accusation of sale of liquor; from city court of Madison—Judge Anderson.  October 19, 1912.

*E. W. Butler,* for plaintiff in error.
*A. G. Foster, solicitor, F. C. Foster,* contra.